UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **Matthew Rankin, et al.,** § | |
| *Plaintiffs,* § | |
| § | |
| v. § | No. 9:24-CV-00027 |
| § | |
| **City of Livingston, et al.,** § | |
| *Defendants.* § | |
| § | |

### Stipulation of Dismissal of
### Defendant Officers Simmons, Paske, and Bogany

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiffs Matthew Rankin, Melanie Trimble and Brandon M. White, and the City of Livingston as follows:

1. This action was commenced on February 4, 2024.

2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. Plaintiffs Matthew Rankin, Melanie Trimble and Brandon M. White, and Defendant City of Livingston hereby stipulate the dismissal of all claims against **Defendant Officers Simmons, Paske and Sergeant Bogany only**, with each party to bear its own costs and attorneys' fees.

4. This Stipulation does not affect Plaintiffs' claims against the remaining individual Defendants (Detective Kaleb Barker, Detective Leon Middleton and The City of Livingston), which shall proceed.

1

Respectfully Submitted,

**GRABLE PLLC**

*/s/ Brandon J. Grable*
**Brandon J. Grable**
Texas State Bar No. 24086983
brandon@grable.law
12451 Starcrest Dr., Suite 206
San Antonio, Texas 78216
Telephone: (210) 963-5297
Facsimile: (726) 215-4765
**Counsel for Plaintiffs**

**LAW OFFICE OF ERIKA L. NEILL, PLLC**

/s/ *Erika L. Neill*
**Erika L. Neill**
Texas State Bar No. 24070037
eneill@neill.law
122 E. Lufkin Ave.
Lufkin, Texas 75901
Telephone: (936) 633-4201
Facsimile: (936) 632-3316
**Counsel for Defendants**